

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00211-CV

| | | |
|---|---|---|
| City of Westworth Village, Texas | § | From the 141st District Court |
| | § | of Tarrant County (141-290750-17) |
| v. | | |
| | § | August 9, 2018 |
| City of White Settlement, Texas | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant City of Westworth Village, Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth